UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE: : CHAPTER 13

SON LE : CASE NO. 16-20108 AMN

DEBTOR(S) : 4/19/2016

**TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS**

    Molly T. Whiton, Trustee herein, objects to the exemptions claimed in the above case as set forth in Schedule C, as follows:

1. As to the exemptions claimed pursuant to 11 U.S.C. §522(d)(11)(D), the debtor has not established the extent to which any payment is in compensation of "pain and suffering or compensation for actual pecuniary loss"; therefore the Trustee cannot determine what portion is attributable to bodily injury.

WHEREFORE, the Trustee objects to the claim of exemptions in this case.

                                        /s/ Molly T. Whiton

                                        Molly T. Whiton
                                        Chapter 13 Trustee
                                        10 Columbus Boulevard
                                        Hartford, CT  06106
                                        Tel:  860-278-9410
                                        Fax: 860-527-6185
                                        Email: mtwhiton@mtwhiton.com
                                        Fed. Bar #02214

                                        Please set for 7/28/16

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE: : CHAPTER 13

SON LE : CASE NO. 16-20108 AMN

DEBTOR(S) :

PROPOSED
**ORDER DISALLOWING DEBTOR EXEMPTION**

Upon the Chapter 13 Trustee's Objection to the Debtor's Claim of Exemptions, ECF #____, as set forth in the Debtor's schedules, having been heard by the Court after notice, it is hereby

ORDERED, that the Debtor's Claim of Exemptions is hereby disallowed pursuant to 11 USC Section 522(I).