UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE: : CHAPTER 13

SON LE : CASE NO. 16-20108 AMN

DEBTOR(S) : 4/22/2016    ECF 22 & 23

## CERTIFICATION OF SERVICE

      I hereby certify that a copy of the notice of hearing and instructions thereon, along with the Trustee's Objection to Debtor's Claim of Exemptions and the proposed Order thereon, was forwarded to the following by first class, postage prepaid mail, on the above date, as well as on the U.S. Trustee and all appearing parties via the court's electronic filing system:

**Debtor(s):**
Son Le

185 Hollywood Avenue

West Hartford, CT 06110


Served electronically:

ATTORNEY FOR THE DEBTOR(S):
Suzann Beckett, Esq.: suzannB@Beckett-Law.com.

OFFICE OF THE UNITED STATES TRUSTEE:
USTPRegion02.NH.ECF@USDOJ.GOV.


                /s/ Molly T. Whiton

                Molly T. Whiton
                Chapter 13 Trustee
                10 Columbus Boulevard
                Hartford, CT  06106
                Tel:  860-278-9410
                Fax: 860-527-6185
                Email: mtwhiton@mtwhiton.com
                Fed. Bar #02214